UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CORTEZ FIELDS,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED NETWORK FOR ORGAN SHARING and ADVENTIST HEALTH SYSTEM/SUNBELT, INC., D/B/A ADVENTHEALTH ORLANDO,<br><br>              Defendants. | Case No. 6:24-cv-01434-JSS-DCI<br><br>Hon. Julie S. Sneed<br>Magistrate Daniel C. Irick<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE CERTIFYING ONGOING CONFERRAL**

The Plaintiff, CORTEZ FIELDS ("Fields" or "Plaintiff"), and the Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC., D/B/A ADVENTHEALTH ORLANDO ("AdventHealth"), pursuant to the Court's Notice of Hearing (Doc. 84), respectfully submit this Joint Notice Certifying Ongoing Conferral ("Joint Notice") regarding AdventHealth's Short-Form First Motion to Compel Discovery (AdventHealth's First Request for Admissions) (Doc. 78), and state that Counsel for Plaintiff and AdventHealth have entered into and filed their First Joint Stipulation of Agreed Material Facts to resolve AdventHealth's First Motion to Compel Discovery (AdventHealth's First Request for Admissions).

1

Counsel for Plaintiff and AdventHealth submit that the hearing scheduled on April 22, 2025 @ 11:00 a.m. on AdventHealth's First Motion to Compel Discovery (AdventHealth's First Request for Admissions) should now be cancelled.

Respectfully submitted in Orlando, Florida this 18th day of April, 2025.

By: <u>Andrew R. Iglesias</u>
    Matthew L. Venezia (Pro Hac Vice)
    George Laiolo (Pro Hac Vice)
    Andrew R. Iglesias (Pro Hac Vice)
    Elizabeth J. Carpenter (Pro Hac Vice)
    Ellis George LLP
    2121 Avenue of the Stars, 30th Floor
    Los Angeles, California 90067
    Tel: (310) 274-7100
    Fax: (310) 275-5697
    mvenezia@ellisgeorge.com
    glaiolo@ellisgeorge.com
    aiglesias@ellisgeorge.com
    ecarpenter@ellisgeorge.com

    Natalia M. Salas (Fla. Bar No. 44895)
    Angelica L. Novick (Fla. Bar No. 105069)
    The Ferraro Law Firm, P.A.
    Brickell World Plaza
    600 Brickell Avenue, Suite 3800
    Miami, Florida 33131
    Tel: (305) 375-0111
    Fax: (305) 379-6222
    nsalas@ferrarolaw.com
    anovick@ferrarolaw.com

Attorneys for Plaintiff
Cortez Fields

By: <u>John M. Brennan</u>
    John M. Brennan (Fla. Bar No. 297951)
    Deborah L. La Fleur (Fla. Bar No. 0185590)
    John M. Brennan, Jr. (Fla. Bar No. 98456)
    GrayRobinson, P.A.
    301 E. Pine Street, Suite 1400
    Post Office Box 3068
    Orlando, Florida 32802-3068
    Tel: (407) 843-8880
    Fax: (407) 244-5690
    jay.brennan@gray-robinson.com
    jessica.rolon@gray-robinson.com
    deborah.lafleur@gray-robinson.com
    jack.brennan@gray-robinson.com

    Kristie L. Hatcher-Bolin (Fla. Bar No. 521388)
    GrayRobinson, P.A.
    One Lake Morton Dr.
    Lakeland, Florida 33801
    Tel: (863) 284-2200
    Fax: (863) 688-0310
    kristie.hatcher-bolin@gray-robinson.com
    linda.anderson@gray-robinson.com

    Attorneys for Defendant
    Adventist Health System/Sunbelt, Inc.,
    d/b/a AdventHealth Orlando

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

John M. Brennan
John M. Brennan
