# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CORTEZ FIELDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED NETWORK FOR ORGAN SHARING and ADVENTIST HEALTH SYSTEM/SUNBELT, INC., D/B/A ADVENTHEALTH ORLANDO,<br><br>　　　　Defendants. | Case No. 6:24-cv-01434-JSS-DCI<br><br>Hon. Julie S. Sneed<br>Magistrate Daniel C. Irick<br><br>JURY TRIAL DEMANDED |

## **ADVENTHEALTH'S NOTICE OF FILING DEPOSITIONS**

The Defendant, ADVENTIST HEALTH SYSTEM/SUNBELT, INC., D/B/A ADVENTHEALTH ORLANDO ("AdventHealth"), by and through its undersigned counsel, hereby files the following deposition transcripts:

1. 10/27/25 Deposition Transcript of Cortez Fields;

2. 11/24/25 Depositon Transcript of Dr. Nihar Jani;

3. 12/16/25 Deposition Transcript of Dr. Hisham I. Ibrahim;

4. 1/22/26   Deposition Transcript of Dr. Herbert Y. Lin; and

5. 1/30/26   Deposition Transcript and Errata Sheet of Dr. Bobby Nibhanupudy.

for use in connection with AdventHealth's Motion for a Summary Judgment or any other proceedings or trial in this case.

#65970833 v1

Dated this 2nd day of March, 2026.

        Respectfully submitted,

        */s/ John M. Brennan*
        JOHN M. BRENNAN
        LEAD COUNSEL
        Florida Bar No.: 297951
        Primary E-Mail Address:
        Jay.Brennan@gray-robinson.com
        Secondary E-Mail Address:
        Jessica.Rolon@gray-robinson.com
        DEBORAH L. LA FLEUR, B.C.S.
        Florida Bar No.: 0185590
        Primary E-Mail Address:
        Deborah.LaFleur@gray-robinson.com
        JOHN M. BRENNAN, JR.
        Florida Bar No. 98456
        Primary E-Mail Address:
        Jack.Brennan@Gray-Robinson.com
        JULIE POSTERARO
        Florida Bar No.: 1065271
        Primary E-Mail Address:
        Julie.Posteraro@gray-robinson.com
        GrayRobinson, P.A.
        301 E. Pine Street, Suite 1400
        Post Office Box 3068
        Orlando, Florida 32802-3068
        (407) 843-8880 Telephone
        (407) 244-5690 Facsimile
        Attorneys for Defendant,
        Adventist Health System/Sunbelt, Inc.,
        d/b/a AdventHealth Orlando

#65970833 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

_____
John M. Brennan