UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CORTEZ FIELDS, | Case No. 6:24-CV-01434-JSS-DCI |
| Plaintiff, | |
| v. | |
| UNITED NETWORK FOR ORGAN SHARING and ADVENTIST HEALTH SYSTEM/SUNBELT, INC., d/b/a AdventHealth Orlando, | |
| Defendants. | |

## PLAINTIFF'S VOLUNTARY DISMISSAL AS TO UNOS ONLY; UNOS'S WITHDRAWAL OF MOTIONS TO EXCLUDE EXPERTS AND FOR SUMMARY JUDGMENT

Plaintiff Cortez Fields and Defendant United Network for Organ Sharing ("UNOS") jointly submit the foregoing voluntary dismissal of the Title VI claim against UNOS and voluntary withdrawal of UNOS's Motion for Summary Judgment (ECF No. 123) and UNOS's Motion to Exclude Drs. Herbert Lin and Andrew Sharp (ECF No. 125).

IT IS STIPULATED by Plaintiff Cortez Fields and Defendant UNOS that Plaintiff dismisses his Title VI claim against UNOS with prejudice. This stipulation does not affect Plaintiff's claims against Defendant Adventist Health System/Sunbelt, Inc., D/B/A AdventHealth Orlando ("AdventHealth Orlando), or

3126200.1

any motions filed by AdventHealth Orlando.

IT IS FURTHER STIPULATED that Defendant UNOS withdraws its Motion for Summary Judgment (ECF No. 123) and that UNOS withdraws its Motion to Exclude Drs. Herbert Lin and Andrew Sharp (ECF No. 125).

Plaintiff and UNOS are to bear their own costs and attorneys' fees.

Dated: March 24, 2026                    Respectfully submitted,

                                         *s/ Daniel M. Blouin*
                                         Daniel M. Blouin
                                         Terrence J. Dee
                                         Thomas G. Weber
                                         Tyler C. Richards
                                         Winston & Strawn LLP
                                         35 W. Wacker Drive
                                         Chicago, IL 60601-9703
                                         Tel.:    (312) 558-7544
                                         Tel.:    (312) 558-3260
                                         Email:  dblouin@winston.com
                                         Email:  tgweber@winston.com
                                         Email:  trichards@winston.com
                                         Email:  tdee@winston.com

                                         *Attorneys for Defendant United Network*
                                         *For Organ Sharing*

3126200.1                                        2

Dated: March 24, 2026                           Respectfully submitted,


                                                *s/ George Laiolo*
                                                George B. A. Laiolo, *pro hac vice*
                                                California Bar No. 329850
                                                Matthew L. Venezia, *pro hac vice*
                                                California Bar No. 313812
                                                Elizabeth Carpenter, *pro hac vice*
                                                California Bar No. 315674
                                                Daniel A. Contreras, *pro hac vice*
                                                California Bar No. 329632
                                                ELLIS GEORGE LLP
                                                2121 Avenue of the Stars, 30th Floor
                                                Los Angeles, California 90067
                                                Telephone: (310) 274-7100
                                                Email:  glaiolo@ellisgeorge.com
                                                Email:  mvenezia@ellisgeorge.com
                                                Email:  ecarpenter@ellisgeorge.com
                                                Email:  dcontreras@ellisgeorge.com

                                                Natalia M. Salas
                                                Florida Bar No. 44895
                                                Angelica L. Novick
                                                Florida Bar No. 105069
                                                THE FERRARO LAW FIRM, P.A.
                                                Brickell World Plaza
                                                600 Brickell Avenue, Suite 3800
                                                Miami, FL 33131
                                                Telephone: (305) 375-0111
                                                Facsimile: (305) 379-6222
                                                Email: nsalas@ferrarolaw.com
                                                Email: anovick@ferrarolaw.com

                                                *Attorneys for Plaintiff Cortez Fields*

3126200.1                                     3

# **ATTESTATION**

I, George B. A. Laiolo, am the ECF User whose identification and password are being used to file this document.  I hereby attest that all signatories hereto have concurred in this filing.  I have maintained a written record of that consent.

Dated: March 24, 2026

<div style="margin-left:50%">

*s/ George Laiolo*

George B. A. Laiolo, *pro hac vice*
California Bar No. 329850
Matthew L. Venezia, *pro hac vice*
California Bar No. 313812
Elizabeth Carpenter, *pro hac vice*
California Bar No. 315674
Daniel A. Contreras, *pro hac vice*
California Bar No. 329632
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email:  glaiolo@ellisgeorge.com
Email:  mvenezia@ellisgeorge.com
Email:  ecarpenter@ellisgeorge.com
Email:  dcontreras@ellisgeorge.com

</div>

3126200.1

4